

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

July 17, 2008

BY FACSIMILE (212) 805-4268

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007

MEMORANDUM ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

    Re:    Santana v. Mance
            07 Civ. 5644 (CM)(GWG)

Your Honor:

    This office represents the respondents in the above-referenced habeas corpus proceeding.

    This Court has permitted respondents to move to expand the habeas record under Rule 7 of the Rules Governing Habeas Corpus Cases Under Section 2254. Our reply papers were due to be filed last Friday, July 11. However, the Assistant Attorney General originally assigned to this case, Lisa Fleischmann, is out of the office on maternity leave, and as a result of an administrative error, our office did not timely reassign the case. I received the file today.

    We respectfully request that Your Honor permit us until the end of next week, Friday, July 25, to file and serve our reply papers.

    Thank you very much for your consideration.

Respectfully submitted,

Paul M. Tarr (PT-4298)
Assistant Attorney General
(212) 416-8785
Paul.Tarr@oag.state.ny.us

Granted
SO ORDERED: 7/18/08
GABRIEL W. GO[RENSTEIN]
UNITED STATES MAGISTRATE JUDGE

120 Broadway, New York, NY 10271 • Fax (212) 416-8010